UNITED STATES DISTRICT COURT
DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

_____

Outdoor Lighting Perspectives Franchising, Inc.,   Civil File No. 3:13-cv-00138-GCM

        Plaintiff,

v.   **ORDER OF DISMISSAL**

Outdoor Lights of Southeast Texas, LLC, David Akerman, and Marina Akerman,

        Defendants.
_____

This matter came on before the Court upon the Stipulation of all parties agreeing to dismiss this action with prejudice. Based upon that Stipulation and the other filings herein:

**IT IS HEREBY ORDERED**:

1) The above-entitled action is hereby dismissed as it relates to all claims, defenses, counterclaims and third-party claims filed by any party, with prejudice, each party to bear its own costs and expenses;

2) The Injunction entered by the Court on May 2, 2013 (Docket No. 23) shall remain in full force and effect according to its terms; and

3) The Court hereby retains jurisdiction over the parties and the action for purposes of enforcing the Injunction.

Signed: May 3, 2013

_____
Graham C. Mullen
United States District Judge